UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION

ROBERT K. DECKER,            )
                             )
     Plaintiff,              )   Civil Case No.: 23-45-NJR
                             )
v.                           )
                             )   PETITION FOR HABEAS CORPUS Pursuant to:
DAN SPROUL, WARDEN           )
                             )   28 U.S.C. §2241
     Defendant.              )

C O M P L A I N T

The Plaintiff, Robert K. Decker hereinafter, "Mr. Decker" moves this Honorable Court for a Court Order, ordering the Defendant Warden Sproul to answer said complaint on the following grounds:

1. Mr. Decker had received an "Incident Report" for violating Offense Code 196, on February 3, 2021, "Mail Abuse for Illegal Purposes;" Mr. Decker had filed his required administrative remedy requirements. (See Admin. Rem. No. 1102474-A2). Mr. Decker had filed all the way to the Central Office and the Northern Regional Office. Both were denied after a rehearing by DHO Bradley on August 11, 2021.

2. Mr. Decker was accused of attempting to send a letter to an unapproved contact to his wife Katherine E. Marle-Decker on February 4, 2021. The first cause of action is that Mr. Decker is claiming is that "how can Mr. Decker send a letter to an unapproved contact in the first place."

3. Second cause of action, Mr. Decker had never seen the original

letter and there was never a chain of custody of the letter. So there was no proof that I had actually wrote the letter.

4. Third cause of action. In the alleged body of the letter, "it does not state anywhere in the letter the following as alleged, "Drugs, Darkweb, Bitcoins, or anything that was illegal."

5. The CTU Had used my instant offense as a basis to write me the Incident Report in the first place. My analysis inferred that what I was allegedly attempting to do was instruct my wife in illegal activities, but all in all I was explaining to my wife on how to be safe on the internet in totality. When my wife stated to me on the phone that "she is doing what I did before I got locked up" she was inferring that she was buying items off of Ebay, Amazon, & Craigs Lists and reselling them on the internet. I used to go to "Garage Sales and Estate Sales" and buy items and resell them on numerous sites on the internet. The alleged letter does not state any type of illegal activity. My analysis inferred that I was attempting to show my wife how to sell things on the dark web. I would not have to show my wife this on the grounds that she was the one that had showed me how to in the first place.

6. Mr. Decker seeks for this Honorable Court to rule in his favor and expunge the incident report from his BOP record, restore the Loss of Good Conduct time that was taking from Mr. Decker at the DHO hearing of 41 days. All other sanctions have already been served therefore the other sanctions are obsolete to restoration.

WHEREFORE, Mr. Decker seeks for this Honorable Court to issue a Court Order, ordering the Warden to respond to the attached Complaint and set a scheduling order for Mr. Decker to reply to the Defendants Response. And for any other relief thatthis Honorable Court deems fair and correct.

DECLARATION

I, certify and state thatthe foregoing statements made above are true and correct to the best of my knowledge and beliefs pursuant to the penalties of perjury and 28 U.S.C. §1746.

Dated: January 4, 2023

Respectfully submitted,

*R. K. Decker* (signature)
Robert K. Decker #51719-074
USP Marion, PO Box 1000
Marion, IL 62959

BP-A0304
JAN 17

# DISCIPLINE HEARING OFFICER REPORT

DHO-03

**U.S. DEPARTMENT OF JUSTICE**             **FEDERAL BUREAU PRISONS**

REHEARING PURSUANT TO ADMINISTRATIVE REMEDY #1076675-R1

| Institution: FCC Terre Haute | Incident Report number: 3471925 | |
|---|---|---|
| NAME OF INMATE: DECKER, Robert | REG. NO.: 51719-074 | UNIT: CMU |
| Date of Incident Report: 02-04-2021 | Offense Code: 196 | |
| Date of Incident: 02-03-2021 | | |
| Summary of Charges: Mail Abuse for Illegal Proposes | | |

**I. NOTICE OF CHARGE(S)**

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on (date) 02-10-2021 at (time) 0845 (by staff member) Clark.

B. The DHO Re-Hearing was held on (date) 02-10-2021 at (time) 1240.

C. The inmate was advised of the rights before the DHO by (staff member): Royer on (date) 02-10-2021 and copy of the advisement of rights form is attached.

**II. STAFF REPRESENTATIVE**

A. Inmate waived right to staff representative. Yes ___ No _X_ .

B. Inmate requested staff representative and _____ appeared.

C. Staff Representative statement:
I met with the inmate prior. He requested a chain of custody for the letter. I reviewed the packet and there is no chain of custody form.

D. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that: (New Staff Representative Name) _____ was selected.

E. Staff representative CCC G. Rogers was appointed.

**III. PRESENTATION OF EVIDENCE**

A. Inmate ___ (admits) _X_ (denies) ___ (neither) the charge(s).

B. Summary of inmate statement:
The address was never approved. There is no proof I wrote the letter.

C. Witnesses:
1. Inmate waived right to witness. Yes ___ No _X_

2. The following persons were called as witness at this hearing and appeared (Each witness name and statement listed below): CSW R. Eisele: he was in the process of changing the address.

3. The following persons requested were not called for the reason(s) given (Each witness name and statement listed below):

4. Unavailable witnesses were requested to submit written statements and those statements received were considered (Each witness name and statement listed below).

D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents: inmate letter, TRUFONE report.

E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because: _____ .

**IV. FINDINGS OF THE DHO**

_X_ A. The act was committed as charged.      ___ C. No prohibited act was committed: Expunge according to Inmate Discipline PS.

___ B. The following act was committed:

INMATE COPY

1

BP-A0304
JAN 17

## DISCIPLINE HEARING OFFICER REPORT

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU PRISONS**

REHEARING PURSUANT TO ADMINISTRATIVE REMEDY #1076675-R1

| Name of Inmate: DECKER, Robert | Reg. No.: 51719-074 | Hearing Date: 08-11-2021 |
|---|---|---|

V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observation, written documents, etc.):

You were advised of your rights before the Discipline Hearing Officer and stated that you understood those rights. You requested a staff representative/witnesses and there statement were considered by the DHO. You presented no documentary evidence on your behalf.

The DHO finds that you committed the prohibited act of Code 196, Mail Abuse for Illegal Proposes.

The DHO considered the Incident Report which the reporting officer states, "On February 4, 2021 at approximately 2:00 p.m., after a review of an outgoing letter and phone call it was determined inmate Decker, Robert, Reg. No. 51719-074, knowingly and willingly committed the prohibited act of use of mail for illegal purposes to further and aid in the commission of a crime. On January 27, 2021, at 9:23 a.m., Decker called phone number (313) 403-1390, listed on his inmate account as spouse Katherine Decker (a/k/a Kat). During the call Katherine tells Decker she is going to sell the house and do something else with the money. Decker asks Katherine what she means and before she can say, Decker quickly reminds her the call is being recorded. Katherine then says, "What you went to jail for!" He replies with, "That! So whatever man just fucking..." Then Decker changes the subject. It should be noted Decker's instant offense includes conspiracy to distribute controlled substances and conspiracy to commit money laundering. Decker, a/k/a "DIGITALPOSSI2014", was investigated for drug dealing and operating online through the "Dark Web" criminal marketplaces designed to promote the anonymous sale of illegal items, such as narcotics, in exchange for Bitcoin and other virtual currencies. Law enforcement identified narcotics vendors like Decker selling drugs online and sending it via U.S. Mail. On February 3, 2021, at approximately 6:30 p.m., the Counter Terrorism Unit (CTU) received an outgoing letter for review. The six page letter was from Decker to his wife Katherine. In the letter Decker directs his wife to make sure she uses Express VPN (virtual private network service) or Hide my Ass VPN, in order to move about on the internet encrypted and undetected just as he did before he got caught. He tells her to change her screen name and password every six months. He also gives her advice on how to replace the hard drive on the computer. Since his wife is a drug addict/recovering addict he questions her about which methadone clinic she goes to and tells her she should have enough money in a month or two, to get an apartment. Decker then tells her not to forget to use PGP (Pretty Good Privacy, is a data encryption computer program that gives cryptographic privacy, often used to encrypt and decrypt texts, emails, and files) and someone else's return address. Decker tells Katherine, he will send her his paperwork (details of his case) in the mail. He says, "Buy some things online to sell too like I used to do, ok Buy small @ first until you know its good, ok. Look for other sites to sell on too ok. That way you can expand your customers." Lastly Decker writes, "Please don't disappoint me Kat!!! It's you & me & Logan (minor son) against the entire world. So do everything you have to do. I trust that you can do everything that has to be done." Decker committed the prohibited act of use of mail for illegal purposes to further and aid his wife in the commission of a crime."

The DHO conducted a review of your disciplinary history, which reveals you have history of engaging in this type of misconduct.

The DHO reviewed the written letter/TRUFONE Log, which reaffirms the reporting officer's statement.

The DHO considered your statement to the investigating Lieutenant stating, "How can a letter leave the institution if the address is not my approved mailing list."

The DHO considered your statement to the UDC stating, "inmate stated it is a chapter in a book that I have been writing for two years."

The DHO considered your statement to the UDC stating, "That's not even an approved contact. It's all public information."

The DHO considered your prior statement to the DHO on 02-10-2021 stating, "All I was doing is showing her how to resell items from estate sales online."

The DHO considered your statement to the DHO, "The address was never approved. There is no proof I wrote the letter."

The DHO considered your statement and denial to the charge against you, but was not convinced. You make a conflicting statement to the DHO at your prior hearing admitting to writing the letter.

CONFIDENTIAL    INMATE COPY    2
DEF-000022

| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | |
|---|---|---|
| JAN 17 | | |
| **U.S. DEPARTMENT OF JUSTICE** | | **FEDERAL BUREAU PRISONS** |

REHEARING PURSUANT TO ADMINISTRATIVE REMEDY #1076675-R1

| Name of Inmate: | Reg. No.: | Hearing Date: |
|---|---|---|
| DECKER, Robert | 51719-074 | 08-11-2021 |

Therefore, the DHO did not find you statement to be truthful. In your letter you are clearly explaining how to sell illegal items without being caught on the dark web, via U.S. mail, which is a criminal act. Thus, meeting the elements of the prohibited act. The DHO based the decision on the greater weight of the evidence. Greater weight is given to the staff member's account of the incident, written letter, TRUFONE Log, your disciplinary history, and your prior statement to the DHO admitting to writing the letter.

Therefore, based on the greater weight of the evidence the DHO concluded that you did commit the prohibited act as charged Code 196, Mail Abuse for Illegal purposes.

**VI.   SANCTION OR ACTION TAKEN** (List each prohibited act with respective sanctions for that act):

Code 196:
41 Days Disallow Good Conduct Time
180 Days Loss of Phone
180 Days Loss of Email

**VII.   REASON FOR EACH SANCTION OR ACTION TAKEN:**

The action on the part of any inmate to use the mail to further criminal activity seriously jeopardizes the safe and secure running of the institution and affected the general public in this case. The Federal bureau of Prisons is tasked with helping to ensure that the general public is protected from the inmates. Inmates are to use the mail only to maintain positive family and community ties and not to commit criminal activities. The sanctions imposed by the DHO were taken to express the gravity of the infraction and let the inmate know that he will be held responsible for his actions at all times. Although not directly related to the infraction, privileges were taken to deter the inmate from this behavior in the future.

**VIII. APPEAL RIGHTS:   X   ** The inmate has been advised of the findings, specific evidence relied on action and reasons for the action. The inmate has been advised of the right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

**IX.   Discipline Hearing Officer**

| Printed Name | Signature | Date |
|---|---|---|
| J. Bradley DHO | | 10-12-2021 |

DHO report delivered to Inmate by: _____

| | | |
|---|---|---|
| M. PONE | Signature: | 11/15/21 |
| Printed Name (Staff) | | Date and Time: |

Prescribed by P5270                                       Replaces BP-A0304 of AUG 11

INMATE COPY

CONFIDENTIAL                                                  DEF-000023

3

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Decker Robert K.__           __51719-074__      __D04-53L__    __T.H. F.C.I.__
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.         UNIT           INSTITUTION

Part A—REASON FOR APPEAL: This is a DHO appeal. First; why was O. Wyatt reviewing a letter that was not on an approved contact. Two; My wife never said "What I went to jail for." She had said "Before what I went to jail for." I used to sell numerous items on Ebay, Craigslist, and Amazon, amongst other apps., that I had aquired items from garage sales and Estate sales. Three; I never stated in the letter "Drugs or Dark Web, or Bitcoins." Fourth; What does anything have to do with what Methadone Clinic my wife goes too, or on how to replace a harddrive in a computer. Fifth; I had stated to my wife that I would send her a copy of my 28 U.S.C. §2255 petition, just to show her where I am in my case. Sixth; I told my wife not to use her return address so that no crazies would come to her house. Seventh; My wife cannot sell our house and she knows this, because the house in my name and only my name and I will not give her a Power of Attorney to sell the house.

Closing: How on earth had I committed a Code 196. No where in the letter does it state that I had "used the mail for an illegal purpose" what illegal purpose did I use the mail when this was not an approved contact on my contacts in the first place and this letter would have never went out. The letter was returned to me the next day stating "not an approved contact

EXPUNGE THE INCIDENT REPORT AND RETURN MY LOSS OF (G.C.T.) to me.

__November 22, 2021__                              _[signature: R.K. Decker]_
       DATE                                          SIGNATURE OF REQUESTER

Part B—RESPONSE

_____                    _____
       DATE                                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                         CASE NUMBER: __1102474-R1__

Part C—RECEIPT

                                                    CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.         UNIT           INSTITUTION

SUBJECT: _____

_____            _____
USP LVN    DATE    Previous editions not usable    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13) APRIL 1982

CONFIDENTIAL   DEF-000024

Robert K. Decker #5179-074
USP Marion, PO Box 1000
Marion, IL 62959

United States District Court Clerk
750 Missouri Ave.
E. Saint Louis, IL 62201

January 4, 2023

Re: Decker v. Sproul, Warden
28 U.S.C. §2241.

Dear Court Clerk:

    I have enclosed my 2241. Please file this accordingly and also please take the extra copy that I have enclosed and mark it with the court stamp, "Received & Filed" and return it to me in the S.A.S.E. that I have also enclosed for your convenience.

    I am thanking you in advance for your anticipated cooperation in this matter and for your utmost response.

Sincerely, *R.K. Decker*

Copy: File/RKD



Robert K. Decker #51719-074
c/o Marion, PO Box 1000
Marion, IL 62959

⇔51719-074⇔
Clerk Of The Court
750 Missouri AVE
Court Clerk
E Saint Louis, IL 62201
United States

62201-295499

SAINT LOUIS MO
5 MAR 2023  PM 6



RECEIVED
JAN 09 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE